

## NUMBER 13-22-00600-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

THRIVE MORTGAGE, LLC,                                            Appellant,

v.

RICHARD VALDEZ AND KRYSTINA VALDEZ,                   Appellees.

On appeal from the 430th District Court
of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña**
**Memorandum Opinion by Chief Justice Contreras**

Appellees Richard Valdez and Krystina Valdez filed a petition seeking injunctive relief "to stop a foreclosure." The trial court signed an order granting a temporary injunction in favor of appellees, and appellant Thrive Mortgage, LLC filed an interlocutory appeal challenging the trial court's order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4); TEX. R. APP. P. 28.1(a).

Appellant has filed a motion to dismiss its appeal, stating it no longer wishes to pursue its appeal. The Court, having considered appellant's motion, is of the opinion that the motion should be granted.[1] *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of April, 2023.

---

[1] On January 11, 2023, appellees filed a motion which we construed as a motion to dismiss appellant's appeal. On February 10, 2023, the Clerk of this Court informed the parties that the motion would be carried with the case. We now deny appellees' motion to dismiss as moot.